MISHKIND FEINBERG REALTY CO. v. SIDORSKY. (Supreme Court, Appellate Di-

vision, First Department. February 16, 1906.) Action by the Mishkind Feinberg Realty Company against Louis Sidorsky. No opinion. Motion denied, with leave to applicant as stated in memorandum per curiam. Order filed.